<u>**NON-NEGOTIABLE**</u>

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

Yuri-Jacintho: Couto Authorized Representative for<br>
YURI J COUTO and all derivates thereof<br>
Without Prejudice<br>
NON-DOMESTIC, Without the United States<br>
c/o RFD 9302 N 28th St<br>
Tampa, Florida Republic<br>
<br>
13 September 2023

TECO  
Attn: Greg Blunden, CFO  
PO Box 31318  
Tampa, FL 33631-3318

**Reference Account Number: 211019436578**

To whom it may concern,

I, Couto, Yuri-Jacintho/ Agent, here on behalf of YURI COUTO/ Principal hereby accept all title, rights, interest and equity owed to the YURI COUTO/Principal. I hereby instruct the CFO or indenture trustee for "TECO" to apply the principal's balance to the principal's account number referenced above to set-off the account to zero for this billing cycle and every future billing cycle. I hereby instruct CFO or indenture trustee for "TECO" to respond in writing if these instructions cannot be completed. You have five business days to do so. If I do not receive anything in five business days I can assume these instructions have been successfully performed.

Note: The indorsed payment coupon that is included in this mailing *is the check* for payment. **Please contact a supervisor/trustee for clarification on how to process this security instrument if needed.**

Thank you very much.

Sincerely,

*[signature: Yuri-Jacintho: Couto]*

Yuri-Jacintho: Couto, agent, without recourse

Reference Account Number: **211019436578**

Document Number: YJC6578-DISINST1