**TECO.**
TAMPA ELECTRIC
AN EMERA COMPANY

To ensure prompt credit, please return stub portion of this bill with your payment.

Account #: 211019436578
Due Date: September 19, 2023

Amount Due: $139.64

Pay your bill online at TampaElectric.com
See reverse side of your paystub for more ways to pay.

Payment Amount: $139.64

Go Paperless, Go Green! Visit TampaElectric.com/Paperless to enroll now.

661260461984

*Accepted for Deposit*

*one hundred thirty-nine and 64/100 dollars*

00000459 FTECO108292322244310 00000 03 00000000 12585  003
YURI COUTO
9302 N 28TH ST
TAMPA, FL 33612-8711

Mail payment to:
TECO
P.O. BOX 31318
TAMPA, FL 33631-3318

*Payable to Bearer on demand*

661260461984211019436578000000139643

Make check payable to: TECO
Please write your account number on the memo line of your check.



For more information about your bill and understanding your charges, please visit **TampaElectric.com**

## Ways To Pay Your Bill

**Bank Draft**
Visit **TECOaccount.com** for free recurring or one time payments via checking or savings account.

**In-Person**
Find list of Payment Agents at **TampaElectric.com**

**Mail A Check**
Payments:
TECO
P.O. Box 31318
Tampa, FL 33631-3318
Mail your payment in the enclosed envelope

**Credit or Debit Card**
Pay by credit Card using KUBRA EZ-Pay at **TECOaccount.com**. Convenience fee will be charged.

**Phone**
Toll Free:
**866-689-6469**

All Other Correspondences:
Tampa Electric
P.O. Box 111
Tampa, FL 33601-0111

## Contact Us

Online:
TampaElectric.com
Phone:
Commercial Customer Care:
866-832-6249
Residential Customer Care:
813-223-0800 (Hillsborough)
863-299-0800 (Polk County)
888-223-0800 (All Other Counties)

Hearing Impaired/TTY:
7-1-1
Power Outage:
877-588-1010
Energy-Saving Programs:
813-275-3909

*[Handwritten annotations across page: "Payable to Bearer on demand", "without Recourse", "For: YURI COUTO, Principal", "By: Jun-Jacintho Couto, Agent", "ACCEPTED for Deposit", "RESTRICTIVE INDORSEMENT"]*

**Please Note:** If you choose to pay your bill at a location not listed on our website or provided by Tampa Electric, you are paying someone who is not authorized to act as a payment agent at Tampa Electric. You bear the risk that this unauthorized party will relay the payment to Tampa Electric and do so in a timely fashion. Tampa Electric is not responsible for payments made to unauthorized agents, including their failure to deliver or timely deliver the payment to us. Such failures may result in late payment charges to your account or service disconnection.