

## TECO
### TAMPA ELECTRIC
### AN EMERA COMPANY

**Pay your bill online at TampaElectric.com**

See reverse side of your paystub for more ways to pay.

Go Paperless, Go Green! Visit TampaElectric.com/Paperless to enroll now.

To ensure prompt credit, please return stub portion of this bill with your payment.

ACCEPTED
FOR DEPOSIT

Account #: 211019436578
Due Date: October 20, 2023

Amount Due: $353.90

Payment Amount: $ 353.90

Past Due – $139.64
Current – $214.26

6674332677664

Mail payment to:
TECO
P.O. BOX 31318
TAMPA, FL 33631-3318

Pay to bearer on demand.
Three hundred fifty-three and 90/100 dollars.

00005686 FTECO10929232253110 00000 02 00000000 12834 003

YURI COUTO
9302 N 28TH ST
TAMPA, FL 33612-8711

Make check payable to: TECO
Please write your account number on the memo line of your check.

6674332677664421101943657800000003539o6

For more information about your bill and understanding your charges, please visit **TampaElectric.com**

## Ways To Pay Your Bill

**Bank Draft**
Visit **TECOaccount.com** for free recurring or one time payments via checking or savings account.

**In-Person**
Find list of Payment Agents at **TampaElectric.com**

**Credit or Debit Card**
Pay by credit Card using KUBRA EZ-Pay at **TECOaccount.com**. Convenience fee will be charged.

**Mail A Check**
**Payments:**
TECO
P.O. Box 31318
Tampa, FL 33631-3318
Mail your payment in the enclosed envelope.

**All Other Correspondences:**
Tampa Electric
P.O. Box 111
Tampa, FL 33601-0111

**Phone**
Toll Free:
**866-689-6469**

## Contact Us

**Online:**
TampaElectric.com

**Phone:**
Commercial Customer Care:
866-832-6249
Residential Customer Care:
813-223-0800 (Hillsborough)
863-299-0800 (Polk County)
888-223-0800 (All Other Counties)

Hearing Impaired/TTY:
7-1-1
Power Outage:
877-588-1010
Energy-Saving Programs:
813-275-3909

*Handwritten:*
RESTRICTIVE INDORSEMENT
By: Couto, Yuri-Jacintho, AGENT
For: YURI COUTO, PRINCIPAL
Without Recourse

**Please Note:** If you choose to pay your bill at a location not listed on our website or provided by Tampa Electric, you are paying someone who is not authorized to act as a payment agent at Tampa Electric. You bear the risk that this unauthorized party will relay the payment to Tampa Electric and do so in a timely fashion. Tampa Electric is not responsible for payments made to unauthorized agents, including their failure to deliver or timely deliver the payment to us. Such failures may result in late payment charges to your account or service disconnection.