<u>*NON-NEGOTIABLE*</u>

**Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent**

Yuri-Jacintho: Couto Authorized Representative for
YURI J COUTO and all derivates thereof
Without Prejudice
NON-DOMESTIC, Without the United States
c/o RFD 9302 N 28th St
Tampa, Florida Republic

6 October 2023

TECO
Attn: Greg Blunden, CFO
702 North Franklin Street
Tampa, FL 33602

**Reference Account Number: 211019436578**

LETTER FOR CREDIT CLAIM

To whom it may concern,

I, Couto, Yuri-Jacintho/ Agent, here on behalf of YURI COUTO/ Principal hereby accept all title, rights, interest and equity owed to the YURI COUTO/Principal. I hereby instruct the CFO or indenture trustee for "TECO" to apply the principal's balance to the principal's account number referenced above to set-off the account to zero for this billing cycle and every future billing cycle. I hereby instruct CFO or indenture trustee for "TECO" to respond in writing if these instructions cannot be completed. You have five business days to do so. If I do not receive anything in five business days I can assume these instructions have been successfully performed.


By: Couto, Yuri-Jacintho \ Agent

For: YURI COUTO \ Principal

without recourse, all rights reserved.



USPS Return Receipts: 9590 9402 8510 3186 7399 44, 9590 9402 8510 3186 7399 51

Document Number: YJC6578-L1

Page | 1 of 1