

**TECO**
TAMPA ELECTRIC
AN EMERA COMPANY

ACCEPTED FOR DEPOSIT

To ensure prompt credit, please return stub portion of this bill with your payment.

Account #: 211019436578
Due Date: ~~November 20, 2023~~

**Pay your bill online at TampaElectric.com**
See reverse side of your paystub for more ways to pay.

Go Paperless, Go Green! Visit TampaElectric.com/Paperless to enroll now.

**Amount Due:** $244.01

**Payment Amount:** $ 214.26

688420860951

Past Due – $214.26
Current – $29.75

Two hundred fourteen and 26/100 Dollars.

00005357 FTECO110302322354810 00000 02 01000000 12486 003
YURI COUTO
9302 N 28TH ST
TAMPA, FL 33612-8711

Mail payment to:
TECO
P.O. BOX 31318
TAMPA, FL 33631-3318

Payable to Bearer on demand.

Make check payable to: TECO
Please write your account number on the memo line of your check.

688420860951211019436578000000244018

For more information about your bill and understanding your charges, please visit **TampaElectric.com**

## Ways To Pay Your Bill

**Bank Draft**
Visit **TECOaccount.com** for free recurring or one time payments via checking or savings account.

**In-Person**
Find list of Payment Agents at **TampaElectric.com**

**Mail A Check**
Payments:
TECO
P.O. Box 31318
Tampa, FL 33631-3318
Mail your payment in the enclosed envelope.

**All Other Correspondences:**
Tampa Electric
P.O. Box 111
Tampa, FL 33601-0111

**Credit or Debit Card**
Pay by credit Card using KUBRA EZ-Pay at **TECOaccount.com**. Convenience fee will be charged.

**Phone**
Toll Free:
**866-689-6469**

## Contact Us

**Online:** TampaElectric.com
**Phone:**
Commercial Customer Care: 866-832-6249
Residential Customer Care:
813-223-0800 (Hillsborough)
863-299-0800 (Polk County)
888-223-0800 (All Other Counties)

Hearing Impaired/TTY: 7-1-1
Power Outage: 877-588-1010
Energy-Saving Programs: 813-275-3909

*[Handwritten: For: YURI COUTO Principal By: Couto Yuri-Jacintho, Agent WITHOUT RECOURSE]*

**Please Note:** If you choose to pay your bill at a location not listed on our website or provided by Tampa Electric, you are paying someone who is not authorized to act as a payment agent at Tampa Electric. You bear the risk that this unauthorized party will relay the payment to Tampa Electric and do so in a timely fashion. Tampa Electric is not responsible for payments made to unauthorized agents, including their failure to deliver or timely deliver the payment to us. Such failures may result in late payment charges to your account or service disconnection.

