UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YURI COUTO,

    Plaintiff,

v.   Case No. 8:23-cv-2689-KKM-AAS

TECO ENERGY, INC.,

    Defendant.

## ORDER

On December 6, 2023, the Magistrate Judge entered a Report and Recommendation, recommending that Plaintiff Yuri Couto's Complaint, (Doc. 1), be dismissed and his Motion to Proceed In Forma Pauperis, (Doc. 2), be denied. R&R (Doc. 4). Couto's deadline to object to the Magistrate Judge's Report and Recommendation has passed without him lodging an objection. Fed. R. Civ. P. 6(d), 72(b)(1). Considering the record, the Court adopts the Report and Recommendation for the reasons stated therein and dismisses Couto's action without prejudice. The Court also denies Couto's motion to proceed in forma pauperis.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's

Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation. I lack subject-matter jurisdiction over Couto's claims.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 4) is **ADOPTED** and made a part of this Order for all purposes.

2. Couto's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

3. This action is **DISMISSED without prejudice**. The Clerk is directed to **TERMINATE** any pending motions and deadlines, **ENTER** judgment in favor of Defendant, and **CLOSE** this case.

**ORDERED** in Tampa, Florida, on December 21, 2023.

Kathryn Kimball Mizelle
United States District Judge